UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-198-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY DEAN BRENNAN | ORDER TO SEAL |

On motion of the Defendant, Timothy Dean Brennan, and for good cause shown, it is hereby ORDERED that the **[DE 38]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 8th day of June, 2016.

_____
MALCOLM J. HOWARD
Senior United States District Judge